UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARMAINE MARIE HART SILAS | CIVIL ACTION NO. 6:18-cv-00121 |
| VERSUS | JUDGE JAMES |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to reconsider whether the claimant experienced medical improvement and to explain the evidence that supports medical improvement, if any, on any particular

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

date, and to reevaluate the claimant's residual functional capacity. The claimant shall be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

Signed this 25th day of June, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE